UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIO THREATS,<br>    Plaintiff(s),<br>v.<br>TRANS UNION, LLC, et al.,<br>    Defendant(s). | Case No. 2:25-cv-00357-CDS-NJK<br><br>**ORDER** |

Pending before the Court is an order for Plaintiff to show cause why Defendants Experian and Clarity should not be dismissed for failure to prosecute. Docket No. 20. Plaintiff filed a response indicating that the parties were discussing settlement, so Plaintiff agreed not to take any action despite the expiration of the deadline to respond to the complaint. Docket No. 21. As the response itself identifies, however, the Court has already rejected that line of reasoning. Moreover, the instant response promises to change course "[m]oving forward," *id.* at 3, but no explanation is provided as to why that change was not made when the prior order admonishing counsel was issued weeks ago. As a final courtesy to counsel, the Court will discharge this order to show cause with only a further admonishment. <u>To be clear, there will be no more leniency for promises of change "moving forward." Counsel would be well advised to review their open cases to ensure that they are complying with their obligations now.</u> **Counsel should expect sanctions will be imposed for similar issues arising after today's date.**

If Defendants have not responded to the complaint, Plaintiff's request for default must be filed by May 12, 2025.

IT IS SO ORDERED.

Dated: May 6, 2025

                                                                                  Nancy J. Koppe<br>
                                                                                  United States Magistrate Judge